IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTHONY D. KELLEM,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D17-0589

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed May 2, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Anthony D. Kellem, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Jason W. Rodriguez, Assistant Attorney General, Tallahassee, for Respondent.


PER CURIAM.

Petitioner is granted a belated appeal of the May 27, 2016, order denying defendant's motion for postconviction relief in Duval County Circuit Court case number 16-2008-CF-10660-AXXX-MA. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D).

ROBERTS, C.J., MAKAR, and JAY, JJ., CONCUR.